Supreme Court, Appellate Term, October, 1913.    [Vol. 82.

SEABURY, J.    Under the authority of Gillin v. Canary, 19 Misc. Rep. 594, the practice of consolidating several actions, the aggregate of which is in excess of the amount for which the City Court is authorized to enter judgment, is not to be adopted.    The amount demanded in the actions consolidated in the order appealed from is $6,043.    It follows that the order should be reversed.    The defendant may then move to have the several actions now pending in the City Court removed to the Supreme Court where they may be lawfully consolidated and tried as one action.    Code Civ. Pro., §§ 319a, 817.

Order reversed with disbursements to appellant and motion denied.

GUY and BIJUR, JJ., concur.

Order reversed and motion denied.

---

Matter of Supplementary Proceedings, WILLIAM BERNARD, INC., Judgment-Creditor, Respondent, v. BERNARD COWEN, Judgment-Debtor, Appellant.

(Supreme Court, Appellate Term, First Department, October, 1913.)

Costs — granted on motion to compel filing of deposition of a witness in supplementary proceedings — not enforceable against real property.

Costs granted on a motion to compel the filing of the deposition of a witness in proceedings supplementary to an execution are not enforcible against real property or by supplementary proceedings.

APPEAL from an order of the City Court of the city of New York denying a motion to vacate an order for appellant Cowen's examination in supplementary proceedings, based upon an award of forty dollars and two

cents costs made by this court in Cowen v. Bernard, 80 Misc. Rep. 394, in granting Bernard's motion to compel Cowen to file the deposition of a witness in supplementary proceedings.

Emanuel Tepper, for appellant.

Robert L. Turk, for respondent.

GUY, J.　Costs upon a motion, not disposing of the merits of a cause, even though awarded by an order of the Appellate Division, are deemed interlocutory and are not enforcible against real property or by supplementary proceedings.　Code Civ. Pro., § 779; Matter of Pettis v. Schwartz, 139 App. Div. 904; Matter of Stoddard, 128 id. 759; Seabury City Court Practice, 1096, 1097.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

SEABURY and BIJUR, JJ., concur.

Order reversed with ten dollars costs, and motion granted, with ten dollars costs.

———

MARK PHILLIPS, Judgment-Creditor, *v.* HUDSON FILM COMPANY, Judgment-Debtor, Respondent, MILTON J. GORDON, Appellant.

(Supreme Court, Appellate Term, First Department, October, 1913.)

Appeal — from order of City Court of city of New York — from judgment of Supreme Court — supplementary proceedings — judgments.

　　An order of the City Court of the city of New York passing the accounts of a receiver appointed in proceedings supplementary to an execution upon a confession of judgment in said court and decreeing payment from funds in his hands,